IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DENISE PICKLESIMER,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:20-cv-01615-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: June 21, 2021          Respectfully submitted,

                   PHILLIP A. TALBERT
                   Acting United States Attorney

                   */s/ Jeffrey J. Lodge*
                   JEFFREY J. LODGE
                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  **June 21, 2021**        **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE

1